IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Levan, Peter H | Case Number: 08 B 30234 |
|---|---|---|
| | Levan, Carol | Judge: Wedoff, Eugene R |
| | Printed: 01/06/09 | Filed: 11/6/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Manhattan | Secured | 8,082.00 | 0.00 |
| 2. | T Mobile USA | Unsecured | 50.19 | 0.00 |
| 3. | A G Lung Associates, P C | Unsecured | | No Claim Filed |
| 4. | Robert Demke MD | Unsecured | | No Claim Filed |
| 5. | Alexian Brothers Medical Center | Unsecured | | No Claim Filed |
| 6. | Chase Bank | Unsecured | | No Claim Filed |
| 7. | Cardiovascular Associates | Unsecured | | No Claim Filed |
| 8. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 9. | Community Counselor Ctr of Chg | Unsecured | | No Claim Filed |
| 10. | Kanu Panchal Md | Unsecured | | No Claim Filed |
| 11. | Village of Hanover Park | Unsecured | | No Claim Filed |
| 12. | Harris & Harris | Unsecured | | No Claim Filed |
| 13. | MEA AEA LLC | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | Midwest Heart Center, Ltd. | Unsecured | | No Claim Filed |
| 17. | Radiological Cons Woodstock | Unsecured | | No Claim Filed |
| 18. | Holy Family Hospital | Unsecured | | No Claim Filed |
| 19. | Midwest Emergency | Unsecured | | No Claim Filed |
| 20. | RCS | Unsecured | | No Claim Filed |
| 21. | Thomas George Associates Inc | Unsecured | | No Claim Filed |
| 22. | Superior Air Ground | Unsecured | | No Claim Filed |
| 23. | Alexian Brothers Medical Center | Unsecured | | No Claim Filed |
| 24. | Alexian Brothers Medical Center | Unsecured | | No Claim Filed |
| | | | $ 8,132.19 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Levan, Peter H
       Levan, Carol
       Printed: 01/06/09

Case Number:  08 B 30234
Judge:  Wedoff, Eugene R
Filed:  11/6/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

